```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-04014-RNO
Lori A. Mahon                                                             Chapter 13
Bernard J. Mahon
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: RyanEshel              Page 1 of 2              Date Rcvd: Dec 10, 2019
                              Form ID: ntnew341            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db/jdb         +Lori A. Mahon,    Bernard J. Mahon,    1464 Wetzel Run Drive,    Weatherly, PA 18255-3028
5248687        +Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
5256258        +Berkheimer, Agent for Packer Township,    50 North Seventh Street,    Bangor, Pa 18013-1731
5248680        +CBCS,   PO Box 2724,    Columbus OH 43216-2724
5248658        +Carbon County Tax Claim Bureau,    PO Box 37,    Jim Thorpe PA 18229-0037
5248664        +Citibank,   701 E 60th Street,    Sioux Falls SD 57104-0493
5248663        +Citibank,   701 E. 60th Street N,    Sioux Falls SD 57104-0493
5248679        +Fulton, Friedman & Gullace, LLP,    6 Kacey Court Suite 203,    Mechanicsburg, PA 17055-9237
5248662        +Lehigh Valley Hosp- Hazleton,    700 E Broad Street,    Hazleton PA 18201-6835
5248683         M&T Bank,   Cbd Team,    PO Box,   Millsboro DE 19966
5248681        +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill NJ 08003-2016
5248667        +National Recovery,    2491 Paxton St.,   Harrisburg, PA 17111-1036
5248668        +PPL Electric Utilities,    827 Hausamn Road,    Allentown PA 18104-9392
5248686        +Packer Township Garbage Fund,    2234 Hudson Drive,    Weatherly, PA 18255-2704
5248678        +Penn Credit,    916 S. 14th St.,    PO Box 988,    Harrisburg PA 17108-0988
5248674        +St. Lukes University Health Network,    PO Box 788187,    Philadelphia, PA 19178-8187
5248685        +Stern & Eisenberg, PC,    1581 Main St., Ste. 200,    The Shops at Valley Square,
                 Warrington, PA 18976-3403
5248670        +Union Plus Credit Card,    PO Box 17051,   Baltimore MD 21297-1051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 19:32:10
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5274364         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 10 2019 19:19:46     CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5248676        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 10 2019 19:19:46     Cach, LLC,
                 4340 S. Monaco St,    2ND FLOOR,    Denver CO 80237-3485
5248659        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 19:20:06     Capital One,
                 PO Box 30253,    Salt Lake City UT 84130-0253
5248675        +E-mail/Text: bankruptcy@cavps.com Dec 10 2019 19:13:06     Cavalry SPV I, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla NY 10595-2321
5248661        +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 19:20:06     GECRB/Ashley,    PO Box 965036,
                 Orlando FL 32896-5036
5248660        +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 19:20:06     GECRB/SYNCB/Lowes,
                 PO Box 965005,    Orlando FL 32896-5005
5248684         E-mail/Text: camanagement@mtb.com Dec 10 2019 19:12:59     M & T Bank,    PO Box 1288,
                 Buffalo, NY 14240
5248682         E-mail/Text: camanagement@mtb.com Dec 10 2019 19:12:59     M&T Bank,    PO Box 62146,
                 Baltimore M 21264
5274543         E-mail/Text: camanagement@mtb.com Dec 10 2019 19:12:59     M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5248669         E-mail/Text: camanagement@mtb.com Dec 10 2019 19:12:59     M&T Bank,    PO Box 844,
                 Buffalo NY 14240
5248677        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 19:13:02     Midland Credit Management,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
5249049        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 19:32:49      Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5248673*       +Capital One,   PO Box 30253,    Salt Lake City, UT 84130-0253
5250856*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5248665*       +Citibank,   701 E 60th Street,    Sioux Falls SD 57104-0493
5248666*       +Lehigh Valley Hosp- Hazleton,    700 E Broad Street,   Hazleton PA 18201-6835
5248671       ##+Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste. LL11,    Westbury, NY 11590-5121
5248672       ##+Trident Asset Management LLC,    53 Perimeter Center East, Ste. 440,    Atlanta, GA 30346-2230
                                                                                               TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Christy Marie DeMelfi    on behalf of Debtor 2 Bernard J. Mahon christy@demelfilaw.com
          Christy Marie DeMelfi    on behalf of Debtor 1 Lori A. Mahon christy@demelfilaw.com
          James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lori A. Mahon,
   **Debtor 1**

Bernard J. Mahon,
   **Debtor 2**

Chapter 13

Case No.   5:19–bk–04014–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 77 East Market Street, Wilkes–Barre, PA 18701 | Date: January 27, 2020<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: RyanEshelman, Deputy Clerk

Date: December 10, 2019

ntnew341 (04/18)