```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 19-04014-RNO
Lori A. Mahon
Bernard J. Mahon                                                  Chapter 13
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2               Date Rcvd: May 13, 2020
                              Form ID: ntcnfhrg            Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db/jdb         +Lori A. Mahon,    Bernard J. Mahon,     1464 Wetzel Run Drive,    Weatherly, PA 18255-3028
5248687        +Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
5256258        +Berkheimer, Agent for Packer Township,     50 North Seventh Street,    Bangor, Pa 18013-1731
5248680        +CBCS,   PO Box 2724,    Columbus OH 43216-2724
5248658        +Carbon County Tax Claim Bureau,    PO Box 37,    Jim Thorpe PA 18229-0037
5248664        +Citibank,    701 E 60th Street,    Sioux Falls SD 57104-0493
5248663        +Citibank,    701 E. 60th Street N,    Sioux Falls SD 57104-0493
5248679        +Fulton, Friedman & Gullace, LLP,     6 Kacey Court Suite 203,    Mechanicsburg, PA 17055-9237
5248662        +Lehigh Valley Hosp- Hazleton,     700 E Broad Street,    Hazleton PA 18201-6835
5248683         M&T Bank,    Cbd Team,    PO Box,   Millsboro DE 19966
5248681        +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill NJ 08003-2016
5248667        +National Recovery,     2491 Paxton St.,    Harrisburg, PA 17111-1036
5248668        +PPL Electric Utilities,    827 Hausamn Road,    Allentown PA 18104-9392
5248686        +Packer Township Garbage Fund,    2234 Hudson Drive,    Weatherly, PA 18255-2704
5248678        +Penn Credit,    916 S. 14th St.,    PO Box 988,    Harrisburg PA 17108-0988
5248674        +St. Lukes University Health Network,     PO Box 788187,    Philadelphia, PA 19178-8187
5248685        +Stern & Eisenberg, PC,     1581 Main St., Ste. 200,    The Shops at Valley Square,
                 Warrington, PA 18976-3403
5248670        +Union Plus Credit Card,    PO Box 17051,    Baltimore MD 21297-1051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 19:54:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5274364         E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2020 19:53:40      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5248676        +E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2020 19:54:38      Cach, LLC,
                 4340 S. Monaco St,    2ND FLOOR,   Denver CO 80237-3485
5248659        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 19:55:43      Capital One,
                 PO Box 30253,    Salt Lake City UT 84130-0253
5248675        +E-mail/Text: bankruptcy@cavps.com May 13 2020 19:51:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla NY 10595-2321
5248661        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:55:21      GECRB/Ashley,    PO Box 965036,
                 Orlando FL 32896-5036
5248660        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:54:17      GECRB/SYNCB/Lowes,
                 PO Box 965005,    Orlando FL 32896-5005
5248684         E-mail/Text: camanagement@mtb.com May 13 2020 19:50:59      M & T Bank,    PO Box 1288,
                 Buffalo, NY 14240
5248682         E-mail/Text: camanagement@mtb.com May 13 2020 19:50:59      M&T Bank,    PO Box 62146,
                 Baltimore M 21264
5274543         E-mail/Text: camanagement@mtb.com May 13 2020 19:50:59      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5248669         E-mail/Text: camanagement@mtb.com May 13 2020 19:50:59      M&T Bank,    PO Box 844,
                 Buffalo NY 14240
5248677        +E-mail/Text: bankruptcydpt@mcmcg.com May 13 2020 19:51:10      Midland Credit Management,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
5249049        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 19:55:33      Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5248673*       +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
5250856*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5248665*       +Citibank,    701 E 60th Street,    Sioux Falls SD 57104-0493
5248666*       +Lehigh Valley Hosp- Hazleton,     700 E Broad Street,    Hazleton PA 18201-6835
5248671       ##+Debt Recovery Solutions, LLC,     900 Merchants Concourse, Ste. LL11,    Westbury, NY 11590-5121
5248672       ##+Trident Asset Management LLC,     53 Perimeter Center East, Ste. 440,    Atlanta, GA 30346-2230
                                                                                               TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Christy Marie DeMelfi    on behalf of Debtor 2 Bernard J. Mahon christy@demelfilaw.com
          Christy Marie DeMelfi    on behalf of Debtor 1 Lori A. Mahon christy@demelfilaw.com
          James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lori A. Mahon,

    **Debtor 1**

Bernard J. Mahon,

    **Debtor 2**

Chapter 13

Case No. 5:19-bk-04014-RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **June 24, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866-582-6878, no later than 24 hours, before your hearing. | Date: July 1, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701<br>(570) 831-2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: May 13, 2020 |

ntcnfhrg (03/18)