UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI A. MAHON    BERNARD J. MAHON
        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

LORI A. MAHON    BERNARD J. MAHON
        Respondent(s)

CHAPTER 13

CASE NO: 5-19-04014-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 11, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on October 18, 2019.

2. A hearing was held and an Order was entered on July 1, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     LORI A. MAHON
            BERNARD J. MAHON

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-19-04014-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court      Date:   October 7, 2020
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street      Time:   09:30 AM
Wilkes Barre, PA

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: September 11, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI A. MAHON
BERNARD J. MAHON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

LORI A. MAHON
BERNARD J. MAHON

CASE NO: 5-19-04014-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 11, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHRISTY M DeMELFI ESQUIRE<br>4 NORTH MADISON STREET<br>McADOO, PA  18237- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | Served electronically |
| LORI A. MAHON<br>1464 WETZEL RUN DRIVE<br>WEATHERLY, PA  18255 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 11, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: LORI A. MAHON
BERNARD J. MAHON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

LORI A. MAHON
BERNARD J. MAHON

Respondent(s)

CHAPTER 13

CASE NO: 5-19-04014-RNO

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.