UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------------X
In Re                                                          Chapter 13

LORI A. MAHON and                                              Case No. 19-04014-RNO
BERNARD J. MAHON

                              Debtors.

-------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I am over the age of eighteen (18) years, am not a party to this action, maintain an office in Schuylkill County in the Commonwealth of Pennsylvania and am admitted to the bar of the United States District Court for the Middle District of Pennsylvania and that I am counsel for the above-captioned debtors:

      I HEREBY FURTHER CERTIFY that on October 2, 2020, I served copies of the <u>1st Amended Chapter 13 Plan and Notice for Confirmation Hearing</u> upon the creditors listed on the following page by depositing the same in an official depository under the exclusive care of the United States Postal Service.

Dated: October 2, 2020
       McAdoo, PA                                 /s/ Christy M. DeMelfi
                                                   Christy M. DeMelfi, Esq. (cd3570)
                                                   4 N. Madison St.
                                                   McAdoo, PA 18237
                                                   (570) 497-5699
                                                   christy@demelfilaw.com

| | | |
|---|---|---|
| Berkheimer Tax Administrator<br>PO Box 25153<br>Lehigh Valley, PA 18002-5153 | Berkheimer, Agent for Packer Township<br>50 North Seventh Street<br>Bangor, Pa 18013-1131 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10581<br>Greenville, SC 29603-0581 |
| CBCS<br>PO Box 2124<br>Columbus OH 43216-2124 | Cach, LLC<br>4340 S. Monaco St<br>2ND FLOOR<br>Denver CO 80231-3485 | Capital One<br>PO Box 30253<br>Salt Lake City UT 84130-0253 |
| Carbon County Tax Claim Bureau<br>PO Box 31<br>Jim Thorpe PA 18229-0031 | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla NY 10595-2321 | Citibank<br>101 E 60th Street<br>Sioux Falls SD 51104-0493 |
| Citibank<br>101 E. 60th Street N<br>Sioux Falls SD 51104-0493 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 11036-8625 | Debt Recovery Solutions, LLC<br>900 Merchants Concourse, Ste. LLll<br>Westbury, NY 11590-512 |
| Fulton, Friedman & Gullace, LLP<br>6 Kacey Court Suite 203<br>Mechanicsburg, PA 11055-9231 | GECRB/Ashley<br>PO Box 965036<br>Orlando FL 32896-5036 | GECRB/SYNCB/Lowes<br>PO Box 965005<br>Orlando FL 32896-5005 |
| Lehigh Valley Hosp- Hazleton<br>100 E Broad Street<br>Hazleton PA 18201-6835 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE AMHERST NY 14228-2301 | M&T Bank Cbd Team<br>PO Box<br>Millsboro DE 19966 |
| MRS BPO, LLC<br>1930 Olney Ave<br>Cherry Hill NJ 08003-2016 | Midland Credit Management<br>8815 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 | National Recovery<br>2491 Paxton St.<br>Harrisburg, PA 11111-1036 |
| Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PPL Electric Utilities<br>821 Hausamn Road<br>Allentown PA 18104-9392 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Packer Township Garbage Fund<br>2234 Hudson Drive<br>Weatherly, PA 18255-2104 | Penn Credit<br>916 S. 14th St. PO Box 988<br>Harrisburg PA 11108-0988 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 11128-0946 |
| St. Lukes University Health Network<br>PO Box 188181<br>Philadelphia, PA 19118-8181 | Stern & Eisenberg, PC<br>1581 Main St., Ste. 200<br>The Shops at Valley Square<br>Warrington, PA 18916-3403 | Trident Asset Management LLC<br>53 Perimeter Center East, Ste. 440<br>Atlanta, GA 30346-2230 |

| Union Plus Credit Card | United States Trustee | James Warmbrodt |
| PO Box 11051 | 228 Walnut Street, Suite 1190 | 101 Market Street Suite 5000 |
| Baltimore MD 21291-1051 | Harrisburg, PA 11101-1122 | Philadephia, PA 19106-1541 |