United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-04014-RNO
Lori A. Mahon  Chapter 13
Bernard J. Mahon
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 02, 2020      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lori A. Mahon, Bernard J. Mahon, 1464 Wetzel Run Drive, Weatherly, PA 18255-3028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christy Marie DeMelfi | on behalf of Debtor 2 Bernard J. Mahon christy@demelfilaw.com |
| Christy Marie DeMelfi | on behalf of Debtor 1 Lori A. Mahon christy@demelfilaw.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| LORI A. MAHON | : | |
| BERNARD J. MAHON | : | Case No. 5-19-bk-04014 RNO |
| Debtor(s) | : | Docket No. 49 |
| | : | |
| | : | First Amended Chapter 13 Plan |

## ORDER DENYING CONFIRMATION

Upon consideration of the Debtors' First Amended Chapter 13 Plan, and the Objection of the Chapter 13 Trustee thereto, after hearing held on December 2, 2020, it is

ORDERED that confirmation of Debtors' First Amended Chapter 13 Plan is DENIED; and,

FURTHER ORDERED that Debtor must, within twenty-eight (28) days of the date of this Order, file a conforming, amended, confirmable plan or upon certificate of default filed by the Chapter 13 Trustee the case will be dismissed without prejudice and without further notice.

Dated: December 2, 2020                By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (BI)