UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI A. MAHON                          CHAPTER 13
       BERNARD J. MAHON

           Debtor(s)

       CHARLES J. DEHART, III                 CASE NO: 5-19-04014-RNO
       CHAPTER 13 TRUSTEE
           Movant
vs.

       LORI A. MAHON
       BERNARD J. MAHON

# CERTIFICATION OF DEFAULT

AND NOW, on January 6, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that Debtor(s) have not complied with the Order filed December 2, 2020 as docket entry # 57.

WHEREFORE, the Trustee requests that the case be dismissed.

                                              Respectfully Submitted,
                                              s/ Vickie Williams
                                              for Charles J. DeHart, III, Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097

Dated: January 6, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LORI A. MAHON<br>BERNARD J. MAHON<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-19-04014-RNO<br><br>CERTIFICATION OF DEAULT/NON COMPLIANCE |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 6, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| CHRISTY M DeMELFI ESQUIRE<br>4 NORTH MADISON STREET<br>McADOO, PA 18237- | SERVED ELECTRONICALLY |
| LORI A. MAHON<br>BERNARD J. MAHON<br>1464 WETZEL RUN DRIVE<br>WEATHERLY, PA 18255 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2021

Respectfully submitted,
<u>Vickie Williams</u>
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com