United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lori A. Mahon  
Bernard J. Mahon  
    Debtor(s)

Case No. 19-04014-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 08, 2021     Form ID: pdf010     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lori A. Mahon, Bernard J. Mahon, 1464 Wetzel Run Drive, Weatherly, PA 18255-3028 |
| 5248687 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5256258 | + | Berkheimer, Agent for Packer Township, 50 North Seventh Street, Bangor, Pa 18013-1731 |
| 5248680 | + | CBCS, PO Box 2724, Columbus OH 43216-2724 |
| 5248658 | + | Carbon County Tax Claim Bureau, PO Box 37, Jim Thorpe PA 18229-0037 |
| 5248664 | + | Citibank, 701 E 60th Street, Sioux Falls SD 57104-0493 |
| 5248663 | + | Citibank, 701 E. 60th Street N, Sioux Falls SD 57104-0493 |
| 5248679 | + | Fulton, Friedman & Gullace, LLP, 6 Kacey Court Suite 203, Mechanicsburg, PA 17055-9237 |
| 5248662 | + | Lehigh Valley Hosp- Hazleton, 700 E Broad Street, Hazleton PA 18201-6835 |
| 5248683 | | M&T Bank, Cbd Team, PO Box, Millsboro DE 19966 |
| 5248681 | + | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill NJ 08003-2016 |
| 5248667 | + | National Recovery, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5248668 | + | PPL Electric Utilities, 827 Hausamn Road, Allentown PA 18104-9392 |
| 5248686 | + | Packer Township Garbage Fund, 2234 Hudson Drive, Weatherly, PA 18255-2704 |
| 5248678 | + | Penn Credit, 916 S. 14th St., PO Box 988, Harrisburg PA 17108-0988 |
| 5248674 | + | St. Lukes University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5248685 | + | Stern & Eisenberg, PC, 1581 Main St., Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5248670 | + | Union Plus Credit Card, PO Box 17051, Baltimore MD 21297-1051 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 19:11:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5274364 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 19:11:42 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5248676 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 19:11:42 | Cach, LLC, 4340 S. Monaco St, 2ND FLOOR, Denver CO 80237-3485 |
| 5248659 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 19:11:36 | Capital One, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5248675 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2021 19:10:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla NY 10595-2321 |
| 5248661 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 19:12:11 | GECRB/Ashley, PO Box 965036, Orlando FL 32896-5036 |
| 5248660 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 19:12:43 | GECRB/SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5248684 | | Email/Text: camanagement@mtb.com | Jan 08 2021 19:10:00 | M & T Bank, PO Box 1288, Buffalo, NY 14240 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5248682 | | Email/Text: camanagement@mtb.com | Jan 08 2021 19:10:00 | M&T Bank, PO Box 62146, Baltimore M 21264 |
| 5274543 | | Email/Text: camanagement@mtb.com | Jan 08 2021 19:10:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5248669 | | Email/Text: camanagement@mtb.com | Jan 08 2021 19:10:00 | M&T Bank, PO Box 844, Buffalo NY 14240 |
| 5248677 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2021 19:10:00 | Midland Credit Management, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 5249049 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 19:12:20 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5248673 | *+ | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5250856 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5248665 | *+ | Citibank, 701 E 60th Street, Sioux Falls SD 57104-0493 |
| 5248666 | *+ | Lehigh Valley Hosp- Hazleton, 700 E Broad Street, Hazleton PA 18201-6835 |
| 5248671 | ##+ | Debt Recovery Solutions, LLC, 900 Merchants Concourse, Ste. LL11, Westbury, NY 11590-5121 |
| 5248672 | ##+ | Trident Asset Management LLC, 53 Perimeter Center East, Ste. 440, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christy Marie DeMelfi | on behalf of Debtor 2 Bernard J. Mahon christy@demelfilaw.com |
| Christy Marie DeMelfi | on behalf of Debtor 1 Lori A. Mahon christy@demelfilaw.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Lori A. Mahon

Bernard J. Mahon

Debtor 1

Debtor 2

Chapter: 13

Case No.: 5-19-bk-04014 RNO

## ORDER DISMISSING FOR FAILURE TO COMPLY WITH ORDER

**IT IS ORDERED** that the Case is hereby dismissed for Debtor failure to comply with ORDER dated December 2, 2020.

Dated: January 8, 2021

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge  BI

Order Dism for Failure to Comply with Order/Stip - Revised 9/17